Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
### for the

### Western District of Texas

### Pecos Division

| | | |
|---|---|---|
| **Aaron Tremell Hill, Sr.** ) | Case No. | _____ |
| | | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* ) | | |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* ) | **Jury Trial:** *(check one)*  ☒ Yes  ☐ No | |
| -v- ) | | |
| **City of Monahans, et al** ) | | |
| *Defendant(s)* ) | | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* ) | | |

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Aaron Tremell Hill, Sr |
| Street Address | 13949 Jacktar Street |
| City and County | Corpus Christi, Nueces |
| State and Zip Code | Texas 78418 |
| Telephone Number | 361-562-8404 |
| E-mail Address | aaronhill73@yahoo.com |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**B.     The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Rex Thee |
| Job or Title *(if known)* | City Manager |
| Street Address | 112 W. 2nd Street |
| City and County | Monahans, Ward |
| State and Zip Code | TX, 79756 |
| Telephone Number | (432) 943-4343 |
| E-mail Address *(if known)* | city-secretary@cityofmonahans.org |

Defendant No. 2

| | |
|---|---|
| Name | Luis Esquviel |
| Job or Title *(if known)* | Sergeant Monahans Police Department |
| Street Address | 114 S. Bruce Ave. |
| City and County | Monahans, Ward |
| State and Zip Code | Texas 79756 |
| Telephone Number | 432-943-3254 |
| E-mail Address *(if known)* | N/A |

Defendant No. 3

| | |
|---|---|
| Name | Jennifer Terrazas |
| Job or Title *(if known)* | Officer Monahans Police Deaprtment |
| Street Address | 114 S.  Bruce Ave. |
| City and County | Monahans, Ward |
| State and Zip Code | Texas 79756 |
| Telephone Number | 432-943-3254 |
| E-mail Address *(if known)* | N/A |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

E-mail Address *(if known)* _____

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☒ Federal question                ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

1. Violation of Civil Rights 42 U.S.C. §1983 (First Amendment)
2. Violation of Civil Rights 42 U.S.C. §1983 (Fourth Amendment)
3. Violation of Civil Rights 42 U.S.C. §1983 (Fourteenth Amendement)
4. Violation of Civil Rights 42 U.S.C. §1983 (Municipal Liability-Monell)

SUPPLEMENTAL STATE CLAIMS
5. Intentional Negligent Infliction of Emotional Distress
6. Assault (Texas Penal Code §22.01)
7. Harrassment (Texas Penal Code §42.07)

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)*   Aaron Tremell Hill, Sr. _____ , is a citizen of the State of *(name)*   Texas _____ .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)*

_____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

        The defendant, *(name)* _____ , is a citizen of

        the State of *(name)* _____ . Or is a citizen of

        *(foreign nation)* _____ .

    b.    If the defendant is a corporation

        The defendant, *(name)*   City of Monahans, et al   , is incorporated under

        the laws of the State of *(name)*   Texas   , and has its

        principal place of business in the State of *(name)*   Texas   .

        Or is incorporated under the laws of *(foreign nation)* _____ ,

        and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

    $4,834,000

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

WHEREFORE, plaintiff prays for a judgment against the defendant(s) in an amount not to exceed $400,000 in noneconomic damages for all claims, punitive damages against defendant City of Monahans in an amount not to exceed $4,434,000 for all claims and for his costs and disbursements necessarily incurred herein.

CLAIMS

FOR RELIEF *** FIRST CLAIM FOR RELIEF VIOLATION OF CIVIL RIGHTS (42 U.S.C. §1983)

First Amendment (Free Speech) By Plaintiff Against the Officers

1. Plaintiff incorporates all paragraphs, as thoughfully set forth herein.

2. This cause of action arises under 42 U.S.C. §1983, wherein Plaintiff seeks to redress a deprivation under color of law of a right, privilege, or immunity secured to him by the First Amendment to the United States Constitution.

3. The First Amendment guarantees Mr. Hill's freedom of speech and expression permitting Mr. Hill to, inter alia, freely and lawfully express opinions or ideas. This expression may be accomplished verbally, demonstratively, and/or symbolically.

4. All of the acts complained of herein were retaliatory and directed toward Mr. Hill because of his statements, including criticism of the Officers conduct.

5. The officers chilled and deterred such expression by performing and threatening the conduct complained of herein.

6. Acting with malice and oppression, the Officers acted deliberately to intimidate and silence Mr. Hill

SECOND CLAIM FOR RELIEF VIOLATION OF CIVIL RIGHTS (42 U.S.C. §1983) Fourth Amendment (Unlawful Seizure/Search/Excessive Force) By Plaintiff Against the Officers

1. Plaintiff incorporates all paragraphs, as thoughfully set forth herein.

2. This cause of action arises under 42 U.S.C. §1983, wherein Plaintiff seeks to redress a deprivation under color of law of a right, privilege, or immunity secured to him by the Fourth Amendment to the United States Constitution.

3. The Fourth Amendment protects Plaintiff from an unreasonable search and seizure, including the use of excessive force.

Unlawful Seizure

4. The unlawful seizure, detention, and prolonged detention, of Mr. Hill by the: Defendants were without lawful basis, reasonable suspicion, probable cause, or warrant, or any recognized exceptions thereto, or justification or excuse, and were thus unreasonable and inviolation of Mr. Hill's Fourth Amendment rights.

Excessive Force

5. The unlawful, unwanted, and harmful acts of Mr. Hill by the Defendants, constituting battery and excessive force, was without lawful basis, reasonable suspicion, probable cause, or warrant, or any recognized exceptions thereto, or justification or excuse, and was thus unreasonable and in violation of Mr. Hill 's Fourth Amendment rights.

6. The unlawful, unwanted, painful and harmful threat of arrest/detainment and handling of Mr. Hill by Defendants, also constituting a battery and excessive force, was without lawful basis, reasonable suspicion, probable cause, or warrant, or any recognized exceptions thereto, or justification or excuse, and was thus unreasonable and in violation of Plaintiffs Fourth Amendment rights.

THIRD CLAIM FOR RELIEF

VIOLATION OF CIVIL RIGHTS (42 U.S.C. §1983)

Fourteenth Amendment ("Equal protection the laws" and due process rights)

1. Plaintiff incorporates all paragraphs, as thoughfully set forth herein.

2. This cause of action arises under 42 U.S.C. §1983, wherein Plaintiff seeks to redress a deprivation under color of law of a right, privilege, or immunity secured to him by the Fourteenth Amendment to the United State Constitution.

3. The Fourteenth Amendment guarantees Plaintiff substantive due process of law.

4. The complained of acts of Defendants were shocking to the conscience, beyond the bounds of acts tolerable in a civilized society, and so egregious and outrageous that they may fairly be said to shock the contemporary conscience.

5. The acts of Defendants were retaliatory, fraudulent, deliberate, and in contemplation of intimidating Mr. Hill. The Officers acted with malice and oppression. Mr. Hill was detained, humiliated, threatened, and maliciously prosecuted based upon a fabricated police report, prepared by government agents, under the guise of their sworn duty as officers of the law.

FOURTH CLAIM FOR RELIEF VIOLATION OF CIVIL RIGHTS (42 U.S.C.§1983)

Unconstitutional Policy, Custom, or Procedure ( Municipal Liability) (Monell)

By Plaintiff Against Defendant(s)  City

1. Plaintiff incorporates all paragraphs, as thoughfully set forth herein.

2. This cause of action arises under 42 U.S.C. §1983, wherein Plaintiffs seek to redress a deprivation under color of law of a right, privilege, or immunity secured to them by the First, Fourth, and Fourteenth Amendments to the United States Constitution.

3. Defendant (s) City violated Hill's constitutional rights, as alleged supra, by creating and maintaining the following unconstitutional customs and practices, inte alia:

A.) Mr. Hill alleges that Defendant (s)  City has a de facto policy, custom, and/or practice of harassing, intimidating, and threatening to arrest and arresting a person(s) who exercise their First Amendment rights of freedom of expression;

(B) Mr. Hill alleges that Defendant(s) City has a de facto policy, custom, or practice of inadequately investigating their police officer employees upon complaints of misconduct or Claims for Damages involving police misconduct;

(C) Mr. Hill alleges that Defendant(s) City has a defacto policy, custom, or practice of failing to discipline, failing to investigate, and of retaining, personnel who falsely detain persons inviolation of constitutional rights;

 (D) Mr. Hill alleges that Defendant(s) City has a defacto policy, custom, or practice of condoning, ratifying, failing to discipline, failing to investigate, and of retaining, personnel who use excessive and/or unjustified force upon persons with whom they come into contact in violation of constitutional rights.

4. Defendant(s) &  City's policies or customs caused and were the moving force and/or affirmative link behind some or all of the violations of Mr. Hill's constitutional rights at issue in this case.

5. Mr. Hill is informed, believes, and there upon alleges that these policies, practices, customs, and procedures are intentional and/or the result of deliberate indifference on the part of Defendant City, by and through its decision makers.

6. The foregoing unconstitutional customs and practices were a direct and legal cause of harm to Mr. Hill.

7. Mr.Hill specifically alleges that Defendant City's policy, custom, and/or practices, as described herein, were within the control of Defendant City and within the feasibility of Defendant City, to alter, adjust, and/or correct so as to prevent some or all of the unlawful acts and injury complained of l herein by Mr. Hill

FIFTH CLAIM FOR RELIEF

INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

By Plaintiff Against the Officers

1. Plaintiff incorporates all paragraphs, as thoughfully set forth herein.

2. This claim arises under the general laws of the Texas inclusive of Civil Code §33.001.

3. Plaintiff has complied with the Texas Tort Claims Act.

4. As aproximate result of Defendants' deliberately indifferent, shocking and oppressive acts and/omissions as alleged throughout this entire complaint, Defendants caused Mr. Hill to suffer severe emotional distress, thereby harming Mr. Hill.

5. Defendant City is liable to Mr. Hill for the acts of its public employees, the individual Defendants herein, for conduct and/or omissions herein alleged, pursuant to the doctrine of Respondeat Superior, codified at Texas Government Code §101.

SIXTH CLAIM FOR RELIEF ASSAULT

VIOLATION OF TEXAS PENAL CODE §22.01.

By Plaintiff Against the Officers

1. Plaintiff incorporates all preceding paragraphs, as though fully set forth herein.

2. This cause of action arises under the general laws and Constitution ofthe State of Texas.

3. Plaintiff has complied with the Texas Tort Claims Act.

4. Mr. Hill contemplated and feared harmful and unwanted contact by the Officers, who each had the present ability to do so. As a proximate result of Defendants' acts and/omissions as alleged throughout this entire complaint, Defendants assaulted Mr. Hill. Defendant City is liable to Plaintiffs for the acts of its public employees, the individual Defendants herein, for conduct and/or omissions herein alleged, pursuant to the doctrine of Respondeat Superior, codified at Texas Government Code §101.

SEVENTH CLAIM FOR RELIEF

VIOLATION OF TEXAS PENAL CODE §42.07

By Plaintiff Against the Officers

1. Plaintiff incorporates all preceding paragraphs, as thoughfully set forth herein.

2. Defendants violated Mr. Hill's clearly established rights under the United States and Texas Constitutions, as well as state and federal law, which include, but are not limited to, the following:

(1) First Amendment to the United States Constitution (violated by the Officers)

(2) Fourth Amendment to the United States Constitution (violated by the Officers)

(3) Fourteenth Amendment to the United States Constitution (violated by the Officers)

(4) Texas Constitution, Article 1:

SEC. 3. - Right to EQUAL RIGHTS. (violated by the Officers);

SEC. 3A. - Right to EQUALITY UNDER LAW. ( violated by the Officers);

SEC. 8. - Right to FREE SPEECH (violated by the Officers); and

SEC. 19. - DEPRIVTION OF LIFE, LIBERTY, PROPERTY, ETC.BY DUE COURSE OF LAW. No citizen of this state shall be deprived life, liberty, property, privileges or immunities, or in any manner disinfanchised, except by the due course of the law of the land.

SEC. 19. - Right to DUE PROCESS (violated by the Officers);

Defendants violated Mr, Hill's clearly established rights under United States and Texas law by threats, intimidation, and/or coercion. Further, each act and/or violation of rights done by each Defendant to Mr. Hill was done byway of threats, intimidation, and/orcoercion beyond that inherent in each act and/or violation of rights itself.

Defendant (s) City is liable to Mr. Hill for the acts of its public employees, the individual Defendants herein, for conduct and/or omissions herein alleged, pursuant to the doctrine of Respondeat Superior, codified at Texas Government Code §101.

NATURE OF ALL DEFENDANTS' ACTIONS

1. Defendants acted maliciously and oppressively inviolating Mr. Hill's clearly established rights under United States and Texas law by threats: intimidation, and/or coercion.

2. As a result of Defendants' unlawful conduct as alleged herein, Mr. Hill has suffered, and will continue to

suffer, the above stated damages in an amount according to proof, including filing fees and associated costs, to

remedy the unlawful conduct.

PRAYER FOR RELIEF

WHEREFORE, Mr. Hill prays for the following relief from Defendants, and each of them, for each of the above

causes of action:

(I) For compensatory damages, including general and special damages, according to proof;

(II) For punitive damages pursuant to 42 U.S.C. §1983 and Texas Pen Code §22.01; §42.07; and any other

applicable laws or statutes, in an amount sufficient to deter and make an example of each governmental

entity Defendant;

(III) For statutory damages, according to proof;

(IV) For prejudgment interest according to proof;

(V) For reasonable filing fees and associated costs pursuant to 42 U.S.C. §1983; and

Texas Penal Code §22.01; Texas Penal Code §42.07; and any other applicable provisions;

(VI) For costs of suit; and

(VII) For such further relief which is just and proper.

---

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:            08/10/2025

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Signature of Plaintiff

Printed Name of Plaintiff    Aaron Tremell Hill, Sr.

**B.    For Attorneys**

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address