**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION**


**AARON TREMELL HILL, SR.,**
     *Plaintiff,*

**v.**

**CITY OF MONAHANS, et al.;**
     *Defendants.*

§
§
§
§
§
§
§
§
§
§
§

**P:25-CV-00032-DC**

## <u>ORDER ADOPTING REPORT AND RECOMMENDATION</u>

Before the Court is United States Magistrate Judge David B. Fannin's Report and Recommendation (Doc. 9) concerning Defendant City of Monahans' Motion to Dismiss (Doc. 6). Pursuant to 28 U.S.C. § 636(b) and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, the Magistrate Judge Fannin his report and recommendation on March 9, 2026. As of the date of this Order, Plaintiff has not filed objections.

Pursuant to 28 U.S.C. § 636(b), a party may serve and file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy and, in doing so, secure *de novo* review by the district court. When no objections are timely filed, a district court reviews the magistrate's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 advisory committee's note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). Because no objections were filed, the Court reviews the report for clear error or conclusions that are contrary to law, finding none.

As a result, the R&R is **ADOPTED**. Plaintiff's claims are **DISMISSED WITH PREJUDICE** as they are barred by the statute of limitations. Additionally, the Court finds that Plaintiff's constitutional claims are without merit and declines to exercise supplemental jurisdiction over his remaining claims.

It is so **ORDERED**.

SIGNED this 25th day of March, 2026.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE