# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## PECOS DIVISION

| | | |
|---|---|---|
| **AARON TREMELL HILL, SR.,** *Plaintiff,* | § § § § § § § § § § | |
| **v.** | | **P:25-CV-00032-DC** |
| **CITY OF MONAHANS, et al.;** *Defendants.* | | |

## FINAL JUDGMENT

On this day, the Court adopted the R&R and dismissed Plaintiff's claims.

As nothing remains to resolve, the Court renders final judgment pursuant to Federal Rule of Civil Procedure 58.

It is so **ORDERED**.

SIGNED this 27th day of March, 2026.

_____
DAVID  COUNTS
UNITED STATES DISTRICT JUDGE